# First District Court of Appeal
## State of Florida

_____

No. 1D2023-2923
_____

MICHAEL JAMES SPILLMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

January 19, 2024

PER CURIAM.

DISMISSED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael James Spillman, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.